**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**BARRY LYNN GIBSON,**              :
                                  :
                    **Plaintiff,**   :
                                  :
        **v.**                     :        **Case No. 5:21-cv-328-TES-CHW**
                                  :
**Warden AIMEE SMITH,** *et al.,*    :        **Proceedings Under 42 U.S.C. § 1983**
                                  :        **Before the U.S. Magistrate Judge**
                    **Defendants.** :
_____

## ORDER

Before the Court is Plaintiff Barry Gibson's motion for default judgment against Defendant Doctor Kendrick. (Doc. 51). The record shows that Kendrick returned an executed waiver of service form in January 2022 (Doc. 20), but to date, Defendant Kendrick has not answered or otherwise defended in this action, and Kendrick is therefore in default. The Clerk of Court is accordingly **DIRECTED** to record an entry of default against Defendant Kendrick. The Clerk is also **DIRECTED** to serve a copy of this order upon Defendant Kendrick by U.S. Mail delivered to the available address of service.

Plaintiff's pending motion for default judgment (Doc. 51) is **DENIED** with leave to renew the motion upon the Clerk's entry of a default. Plaintiff should file a renewed motion for default judgment against Defendant Kendrick **within 21 days of the date of this order** by providing, at the least, (a) a brief description of each claim against Defendant Kendrick, (b) a brief description of the harms resulting from each such claim, and (c) an itemization

1

of the dollar amount of damage resulting from each instance of harm, along with any supporting evidence.

**SO ORDERED,** this 20th day of May, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge