# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **BARRY LYNN GIBSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 5:21-CV-328-CAR-CHW |
| | : | |
| | : | |
| **Warden AIMEE SMITH,** *et. al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER ON RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 131] that the Court grant Defendants' Motions for Summary Judgment [Docs. 111, 116]. Plaintiff Barry Lynn Gibson filed a timely Objection [Docs. 132, 133] to the Recommendation. The Court finds Plaintiff's objections to be without merit.[1]

Having considered the Recommendation and Objection and conducted a *de novo* review of the matters raised in it pursuant to 28 U.S.C. § 636(b)(1), the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 131] is hereby **ADOPTED** and **MADE THE ORDER OF THE**

---

[1] In his Objections, Plaintiff argues, *inter alia*, that the Magistrate Judge ignored and failed to rule on Plaintiff's motions. [Docs. 132, 133]. The record reflects that all motions have been ruled upon.

1

**COURT.** Defendants' Motions for Summary Judgment [Docs. 111, 116] are **GRANTED**, and the Clerk is DIRECTED to enter judgment in favor of Defendants.

    **SO ORDERED,** this 4th day of January, 2024.

                                            s/ C. Ashley Royal_____  
                                            C. ASHLEY ROYAL, SENIOR JUDGE  
                                            UNITED STATES DISTRICT COURT