IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BARRY LYNN GIBSON,                            *

       Plaintiff,                             *

v.                                            Case No.  5:21-cv-00328-CAR-CHW
                                              *
WARDEN AIMEE SMITH et al.,
                                              *
       Defendants.
_____           *

## J U D G M E N T

Pursuant to this Court's Order dated January 4, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered in favor of Defendants.

This 5th day of January, 2024.

                                                David W. Bunt, Clerk


                                                s/ Erin Pettigrew, Deputy Clerk